UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| VINCENT BURWELL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 5:16-cv-00563-KOB-JHE ) |
| SHERIFF BLAKE DORNING, et al., | ) ) |
| Defendants. | ) |

**MEMORANDUM OPINION**

The magistrate judge filed a report and recommendation on April 25, 2017, recommending the federal claims in this action be dismissed without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), for failing to state a claim upon which relief can be granted. (Doc. 12). The magistrate judge further recommended that any state law claims asserted in the complaint be dismissed without prejudice pursuant to 28 U.S.C. § 1367(c). No party has filed any objections.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court ADOPTS the magistrate judge's report and ACCEPTS his recommendations. Therefore, in accordance with 28 U.S.C. § 1915A(b)(1), the court finds that the plaintiff's federal claims are due to be dismissed without prejudice for failing to state a claim upon which relief can be granted, and any state law claims asserted in the

complaint are due to be dismissed without prejudice pursuant to 28 U.S.C. § 1367(c)(3).

The court will enter a separate Final Order.

DONE and ORDERED this 26th day of May, 2017.

_____
 KARON OWEN BOWDRE
 CHIEF UNITED STATES DISTRICT JUDGE